Rory Leisinger, Esq. (CA277476)
Leisinger Law, LLP
225 E. Badillo
Covina, CA 91723
Tel: (626) 331-1520
Email: rory@leisingerlaw.com
Attorney for Plaintiff,
RICHARD BOTELLO

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BOTELLO,<br>       Plaintiff,<br><br>vs.<br><br>FIFTH THIRD BANK,<br>       Defendant. | Case No.: 3:19-cv-01171-DMS-MSB<br><br>MAGISTRATE HON. M.S. BERG |

## NOTICE OF SETTLEMENT

Plaintiff, RICHARD BOTELLO notifies this Court that Plaintiff and Defendant, FIFTH THIRD BANK, have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal pleadings.  Accordingly, the parties request that the Court vacate all upcoming deadlines, including the Early Neutral Evaluation currently set for November 13, 2019, and retain jurisdiction for sixty (60) days for any matters related to completing and/or enforcing the settlement and stay all remaining discovery deadlines.

1
2  Dated: October 30, 2019.
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*By: /s/ Rory Leisinger*
Rory Leisinger, Esq. (CA # 277476)
Leisinger Law, LLP
225 E. Badillo
Covina, CA 91723
Tel: (626) 331-1520
Email: rory@leisingerlaw.com
Attorney for Plaintiff, RICHARD BOTELLO

# CERTIFICATE OF SERVICE

I certify that on October 30, 2019 I served Plaintiff Richard Botello's Notice of Settlement on counsel of record for the Defendant (listed below) via email:

DILLON D. JONES (311190)
dillon.jones@dinsmore.com
DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, CA 92101
T: (619) 400-0500
F: (619) 400-0501
Attorneys for Defendant,
CAPITAL ONE BANK (USA), N.A.

*/s/ Rory Leisinger*
Rory Leisinger, Esq. (CA # 277476)
Leisinger Law, LLP
225 E. Badillo
Covina, CA 91723
Tel: (626) 331-1520
Email: rory@leisingerlaw.com
Attorney for Plaintiff, RICHARD BOTELLO