1  DILLON D. CHEN (311190)
   dillon.chen@dinsmore.com
2  DINSMORE & SHOHL LLP
   655 West Broadway, Suite 800
3  San Diego, CA 92101
   T: (619) 400-0500
4  F: (619) 400-0501

5  Attorney for Defendant
   FIFTH THIRD BANK,
6  NATIONAL ASSOCIATION

7  RORY LEISINGER (277476)
   rory@leisingerlaw.com
8  LEISINGER LAW, LLP
   225 E. Badillo
9  Covina, CA 91723
   T: (626) 331-1520
10
   Attorneys for Plaintiff
11 RICHARD BOTELLO

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| RICHARD BOTELLO,      | Case No.:  3:19-cv-1171-DMS-MSB |
|---|---|
| Plaintiff,            | **JOINT MOTION TO DISMISS WITH PREJUDICE** |
| v.                    | |
| FIFTH THIRD BANK,     | District:          Hon. D. M. Sabraw |
|                       | Magistrate:        Hon. M. S. Berg |
| Defendant.            | Complaint filed:   June 21, 2019 |
|                       | Trial date:        Not yet set |

TO THE HONORABLE COURT:

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and Local Rule 7.2, Plaintiff RICHARD BOTELLO and Defendant FIFTH THIRD BANK, NATIONAL ASSOCIATION (collectively the "Parties"), having completed the terms of the Settlement Agreement, jointly move this Court for entry of an Order dismissing the above captioned action, with prejudice.

WHEREFORE, the Parties, by and through their respective counsel, respectfully request that this Court grant this Joint Motion to Dismiss with Prejudice.

Dated:  December 9, 2019

Respectfully submitted,

DINSMORE & SHOHL LLP

By:  *s/ Dillon D. Chen*
      DILLON D. CHEN

Attorneys for Defendant
FIFTH THIRD BANK, NATIONAL ASSOCIATION

Dated:  December 9, 2019

The Law Offices of Jeffrey Lohman, P.C.

By:  *s/ Rory Leisinger*
      RORY LEISINGER

Attorneys for Plaintiff
RICHARD BOTELLO

**ATTESTATION OF ELECTRONIC SIGNATURES**

I, Dillon D. Chen, attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing of this Joint Motion to Dismiss.

Dated: December 9, 2019

By:  *s/ Dillon D. Chen*
      DILLON D. CHEN

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on December 9, 2019, a true copy of this document was served by electronic mail upon all registered CM/ECF users, and by United States Postal Service upon all non-registered CM/ECF users in this case as indicated below:

Rory Leisinger, Esq.
Leisinger Law, LLP
225 E. Badillo
Covina, CA 91723
Tel: (626) 331-1520
rory@leisingerlaw.com

Adam Hill
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Rd Ste 310
Corona, CA 92880-9436
Tel: (951) 393-1359
Email: adamh@jlohman.com

**Attorneys for Plaintiff RICHARD BOTELLO**

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

                                          *s/ Dillon D. Chen*
                                          Dillon D. Chen