# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BOTELLO,<br><br>    Plaintiff,<br><br>v.<br><br>FIFTH THIRD BANK,<br><br>    Defendant. | Case No.: 3:19-cv-1171-DMS-MSB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>District:         Hon. D. M. Sabraw<br>Magistrate:    Hon. M. S. Berg<br>Complaint filed: June 21, 2019<br>Trial date:     Not yet set |

The Court, having reviewed the Joint Motion to Dismiss submitted by the Parties, and finding good cause, hereby dismisses the above-captioned action with prejudice. Defendant to bear its own attorney fees and costs.

**IT IS SO ORDERED.**

Dated: December 9, 2019

_____
Hon. Dana M. Sabraw
United States District Judge